IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLES CUNNINGHAM, :

    Petitioner, : Case No. 3:13-cv-129

: District Judge Walter Herbert Rice
-vs-   Magistrate Judge Michael R. Merz
:
ERNIE MOORE, Warden,
  Lebanon Correctional Institution
:
    Respondent.

# ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner Charles Cunningham's Petition for Rehearing to Reconsider the Court's decisions of October 21 and 25, 2013 (Doc. No. 13) is DENIED.

December 14, 2013.

                                          Walter Herbert Rice
                                          United States District Judge